64

(No. 73-CC-222—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION,
Respondent.

*Opinion filed September 5, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-223—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed September 5, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-230—Claimant )

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed September 5, 1973.*

ATLANTIC RICHFIELD COMPANY, Claimant, pro se.